UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ANTHONY MORENO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>I. PEREZ-PANTOJA,<br><br>　　　　Defendant. | Case No. 22-cv-04734-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 37 |

Magistrate Judge Robert M. Illman held a settlement conference on July 17, 2025, at which the matter settled. ECF No. 37. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 60 days of the date of this order.

**IT IS SO ORDERED**.

Dated: July 18, 2025



JON S. TIGAR
United States District Judge